UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _1/24/2020_____

------------------------------------------------------------ X

UNITED STATES OF AMERICA,                      :
                                               :
              -against-                         :          16-CR-599 (VEC)
                                               :
JOHN WILLIAMS,                                  :          ORDER
                                               :
                          Defendant.            :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on January 24, 2020, the Government and Defendant Williams appeared for a

status conference with this Court; and

      IT IS HEREBY ORDERED, Defendant John Williams' violation specifications are

dismissed and defendant's supervised release is terminated.

**SO ORDERED.**

**Dated: January 24, 2020**
**    New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**